Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRISTOPHER BAILEY**

    Plaintiff,

    v.

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

    Defendant.

CV 10-6361-JE

AMENDED ORDER FOR EAJA ATTORNEY FEES

Based upon the stipulation of the parties, it is hereby ORDERED the previous ORDER awarding EAJA fees (Doc. #29) is hereby stricken and in its place the Court directs that Plaintiff is awarded attorney fees in the amount of $6,834.34. Payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, PO Box 98, 316 Second Rd., Summertown, TN 38483.

It is so ORDERED
Dated this 10/31, day of 2011

/s/ John Jelderks
United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1